IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 7:22CR41 |
| | ) | |
| v. | ) | SEALED INDICTMENT |
| | ) | |
| GARLAND LAWTON | ) | In violation of: |
| | ) | Title 18 U.S.C. §§ 922(a)(6), 924(a)(2) |
| | ) | |

## COUNT ONE

The Grand Jury charges that:

1. On or about May 22, 2020, in the Western District of Virginia, the defendant, **GARLAND LAWTON**, in connection with the acquisition of a firearm, a Taurus, model G2C, 9mm pistol, from Doomsday Tactical, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Doomsday Tactical, which statement was intended and likely to deceive Doomsday Tactical, as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that defendant **GARLAND LAWTON** was the actual buyer of the firearm, when in fact as the defendant then knew he was not the actual buyer of the firearm.

2. All in violation of Title 18, United States Code, 922(a)(6) and 924(a)(2).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendant shall forfeit to the United States:

> any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the following property:

   a. **Firearm(s) and Ammunition or other assets**

      1. Taurus, model G2C, 9mm pistol, SN: ABC367959

      2. All ammunition, magazines, and accessories associated with this firearm.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

2

A **TRUE BILL**, this \_\_10\_\_ day of November, 2022.

                                                                                      s/Grand Jury Foreperson
                                                                                      FOREPERSON

_____
Christopher R. Kavanaugh
United States Attorney