# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 7:22cr00041** |
| | : | |
| **GARLAND LAWTON** | : | |

## AGREED STATEMENT OF FACTS

This Agreed Statement of Facts briefly summarizes the facts and circumstances surrounding the criminal conduct of Garland Lawton at issue in this case. It does not contain all of the information obtained during the investigation and applicable to an accurate Presentence Investigation Report and Sentencing Guidelines Calculation.

This Agreed Statement of Facts is not protected by proffer agreement or any other agreement and shall be wholly admissible at trial notwithstanding any rules or statutes to the contrary, including but not limited to, Federal Rules of Evidence 408 and 410 and Federal Rule of Criminal Procedure 11.

The charge in the single count indictment in this case stems from the straw purchase of a firearm by Lawton on behalf of Jermaine Drummond, a convicted felon. On May 22, 2020, Lawton purchased a Taurus, model G2C, 9mm pistol from Doomsday Tactical, a licensed federal firearms dealer located in the Western District of Virginia. Lawton filled out a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record in connection with the acquisition of this firearm. Lawton indicated on that form that he was the actual transferee/buyer of the firearms when, in fact,

Lawton knew that Jermaine Drummond was the actual buyer of the firearm. In an interview with investigators on April 4, 2022, Lawton admitted purchasing the firearm for Drummond. Lawton stated that he received $220 in cash from Drummond and that he gave the firearm to Drummond on May 22, 2020, at Drummond's house.

This firearm was recovered in Maryland on September 10, 2020, in connection with criminal activity.

I have reviewed this Statement of Facts with my attorney and I agree that it is true and accurate. I agree that had this matter proceeded to trial, the United States would have proven the facts outlined above beyond a reasonable doubt.

Date: _____ 2/15 _____, 2022.

Garland Lawton
Defendant

James C. Turk, Jr., Esq.                          Assistant United States Attorney
Counsel for Defendant.

2